IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAMS, | 1:06-CV-0589 OWW DLB P |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT |
| P. L. VASQUEZ, et al., | STATEMENT **OR** PAY FILING FEE |
| Defendants. / | |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  On July 13, 2006, plaintiff filed a completed Application to Proceed in Forma Pauperis, including the required signature of the authorized officer at the institution of incarceration.  However, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $350.00 filing fee.

1    In accordance with the above, IT IS HEREBY ORDERED that within thirty days
2 of the date of service of this order, plaintiff shall submit a certified copy of his prison trust
3 account statement for the six month period immediately preceding the filing of the complaint, or
4 in the alternative, pay the $350.00 filing fee for this action. Failure to comply with this order will
5 result in a recommendation that this action be dismissed.
6    IT IS SO ORDERED.
7    Dated:   July 21, 2006                              /s/ Dennis L. Beck
   3c0hj8                                        UNITED STATES MAGISTRATE JUDGE