UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE WILLIAMS,<br><br>             Plaintiff,<br><br>vs.<br><br>P.L. VASQUEZ, et al.,<br><br>             Defendants.<br>_____/ | 1:06-cv-00589-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 7)<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 6) |

John Lee Williams ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 7, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice Plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On July 26, 2006, Plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.  The Findings and Recommendations, filed July 7, 2006,
8 are ADOPTED IN FULL; and,
9    2.  Plaintiff's motion for preliminary injunctive relief,
10 filed June 28, 2006, is DENIED, without prejudice.
11 IT IS SO ORDERED.
12 **Dated:   August 25, 2006**             /s/ Oliver W. Wanger
   emm0d6                                UNITED STATES DISTRICT JUDGE